UNITED ST[...]

SOUTHERN [...]

Lyna Woo

_____

Write the full name of each plaintiff or petitioner

-against-

Transit Bereau
Dective Peggi
and Lord Huong
Supreme Court Nancy and Eva
Shannen and Schads.

_____

Write the full name of each defendant or respondent.

The Southern District of New York, where Plaintiff filed this case, has two courthouses. One is 500 Pearl Street and the other is 40 Foley Square. Judge Willis is located in 40 Foley Square, and all proceedings before Judge Willis will happen there in her courtroom (room 228). Plaintiff is scheduled to appear before Judge Willis on May 14, 2026 at 1:30 PM and that date will not be moved up. Plaintiff does not need to file anything else before the hearing and can raise all of the issues at the hearing. The Clerk of Court is respectfully requested to close Dkt. No.s 35 and 36.
SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
May 5, 2026

NOTICE OF MOTION

PLEASE TAKE NOTICE that    Lyna Woo    Lyna Woo
                          plaintiff or defendant    name of party who is making the motion

requests that the Court:

Emergency to See Magestrie Judge

_____

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

excuse foley Marshell Building

In support of this motion, I submit the following documents (check all that apply):

☑ a memorandum of law    Assigned to drew stuart I file hear
                         500 pearl street I file hear

☐ my own declaration, affirmation, or affidavit                    500 pearl

☐ the following additional documents: there, I file street.
I did not file

May 1, 2025                              Lyna Lina
_____                 _____
Dated                                   Signature

Lyna woo                                Not Prisoner
_____                 _____
Name                                    Prison Identification # (if incarcerated)

244 5th Aven          NY              NY        10000
_____    _____  _____
Address                    City          State      Zip Code

                                        amelandaa@yahoo.c
_____                 _____
Telephone Number (if available)         E-mail Address (if available)

Leave updates in my file!