**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LYNA WOO,

                        Plaintiff,                             **ORDER**

        -against-                        **25-CV-3272 (RA) (JW)**

TRANSIT DISTRICT 1 et al.,


                        Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 23, 2026 this Court scheduled an in person conference for May 14, 2026. Dkt. No. 32. On April 27, 2026 Plaintiff filed an emergency request to see the Magistrate Judge "this Friday." Dkt. No. 33. On April 30, 2026, this Court denied Plaintiff's request for an emergency hearing and reminded Plaintiff of the in person conference scheduled for May 14, 2026. Dkt. No. 34. On May 1, 2026, Plaintiff filed an emergency request to excuse her from appearing in the Thurgood Marshall United States Courthouse because she filed this case at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street. Dkt. Nos. 36-37. On May 5, 2026, this Court informed Plaintiff that all proceedings before Judge Willis will occur at the Thurgood Marshall Courthouse, which is one of two courthouses in the Southern District of New York and reminded Plaintiff of the May 14, 2026 conference. Dkt. No. 38.

Plaintiff did not appear at the May 14th conference. Plaintiff was on notice that the hearing was scheduled and filed several motions for emergency hearings and

requests to relocate the conference to 500 Pearl Street. Dkt. Nos. 33, 36, 37, 39, 40. The Court reminds Plaintiff that she is required to attend any scheduled court dates and there can be consequences for failing to come to court when ordered to do so, including potential dismissal of the complaint.  See Fed. R. Civ. P. 16(f)(A).

Plaintiff, who is a fee-paid *pro se* litigant, filed this case on April 18, 2025. Dkt. No. 1.  To date, Plaintiff has not filed proof of service on the docket. See Fed. R. Civ. P. 4(m) (requiring service within 90 days after the complaint is filed).  On February 20, 2026 Judge Abrams ordered Plaintiff to "submit a letter indicating why the Court should not dismiss this action without prejudice, consistent with Rule 4(m)" and warned that the case would be dismissed without prejudice if no letter was filed.  Dkt. No. 26. Plaintiff did not file a letter as ordered.

This case has now been pending for over a year without proof of service on the docket.  Plaintiff will be given one last chance to file proof of service on the docket and is ordered to do so by **June 11, 2026**.  If Plaintiff does not have proof of service by June 11, 2026, she is ordered to submit a letter indicating why the Court should not dismiss her complaint without prejudice for failure to prosecute.  If Plaintiff does not file proof or service and does not file a letter addressing this issue by **June 11, 2026**, this Court will recommend that her complaint be dismissed.

Plaintiff is further advised that, if she seeks legal assistance, she may consult with the City Bar Justice Center's clinic for pro se litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project,     by

calling (212) 382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil cases.

SO ORDERED.

DATED:     New York, New York
           May 14, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge