The request for an emergency conference is DENIED. Plaintiff is reminded of the June 11th deadline to file proof of service on the docket.
The clerk of Court is respectfully requested to close Dkt. No. 39.
SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
May 28, 2026

UNITED STATES DIST[RICT]

SOUTHERN DISTRICT [OF]

Lynz Woo

_____

Write the full name of each plaintiff or petitioner.

Case No. 25 CV 32 72

-against-

Transit Be District Bureau
Dective Po 9911 54th
Lnndlord Hương President
146-2165treet N/c 10031

Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that _Lynz Woo_ Lynn Woo

plaintiff or defendant    name of party who is making the motion

requests that the Court:

Emergency Request to Magestic Judge 500 pearl Street Where I file Civil Defamation False Arrest and Defaming. I had Aaron Stward

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

Excuse 40 folley Buildnrs. No Confress

In support of this motion, I submit the following documents (check all that apply): I donot want Judge Excuse this

☑ a memorandum of law    Judge I did not

☑ my own declaration, affirmation, or affidavit    file there.,

☑ the following additional documents:

Don't want to be mismeanor.

May 15, 2026 Defamation Lynn Woo me Defaming Not Prisoner Arrested

Dated    Signature    False Arrest Falsoly

Lynz Woo    and floor

Name    Prison Identification # (if incarcerated)

247 n5th Avenue    NY    NY 10001

Address    City    State    Zip Code

737 797 3721

Telephone Number (if available)    E-mail Address (if available)

Lynz Woo    May 18 2026,