UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNA WOO,<br><br>Plaintiff,<br><br>v.<br><br>TRANSIT DISTRICT 1, POLICE DEPARTMENT 54TH PRECINCT, DETECTIVE POGGI,<br><br>Defendants. | 25-CV-3272 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Plaintiff Lyna Woo, proceeding *pro se*, filed her Complaint on April 18, 2025, *see* Dkt. 1, and summons were issued on April 23, 2025, *see* Dkts. 5, 6. Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. *See* Fed. R. Civ. P. 4(m). On February 20, 2026, the Court ordered Plaintiff to "submit a letter indicating why the Court should not dismiss this action without prejudice, consistent with Rule 4(m)" and warned Plainitff that the case would be dismissed without prejudice if no letter was filed. *See* Dkt. 26 at 3–4. On May 14, 2026, after Plaintiff failed to file a letter, Magistrate Judge Willis ordered that "Plaintiff w[ould] be given one last chance to file proof of service" or "a letter indicating why the Court should not dismiss her complaint without prejudice" by June 11, 2026. Dkt. 41 at 2. On May 28, 2026, Judge Willis reminded Plaintiff of the June 11 deadline. *See* Dkt. 44. To date, Plaintiff has not filed proof of service or a letter indicating why the Court should not dismiss this action without prejudice. It is thus hereby:

ORDERED that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: October 19, 2026
New York, New York

Ronnie Abrams
United States District Judge